IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | |
|---|---|
| MURRAY ENERGY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA McCARTHY, in her official capacity as Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No. 5:14-cv-00039-JPB <br> Judge Bailey |

### UNITED STATES' EMERGENCY MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF EPA ADMINISTRATOR MCCARTHY

Pursuant to Fed. R. Civ. P. 26(c), the United States, on behalf of Defendant Gina McCarthy, Administrator, Environmental Protection Agency ("EPA"), respectfully moves for a protective order precluding the deposition of Administrator McCarthy. The United States respectfully requests that the Court enter an expedited briefing schedule on this motion so that it can be decided in advance of the noticed deposition date, November 24, 2015.[1]

As set forth in the supporting Memorandum of Law filed herewith, Administrator McCarthy qualifies as a high-ranking official whose deposition should be barred absent

---

[1] The United States respectfully requests that the Court rule upon its motion on an expedited basis, not later than November 4, 2015. A ruling within that timeframe is appropriate so that the parties have time to seek further relief or review, if necessary, or to make other arrangements for needed discovery, prior to the November 30 deadline for discovery to be complete. The United States is prepared to file its reply brief on an expedited basis as necessary to ensure that the Court is able to resolve its motion within that timeframe.

extraordinary circumstances.  Plaintiffs have failed to carry their burden to establish the extraordinary circumstances necessary to warrant Administrator McCarthy's deposition.

In accordance with Fed. R. Civ. P. 26(c)(1), counsel certifies that the United States has in good faith conferred with counsel for Murray Energy in an effort to resolve this dispute without Court action.

DATED:  October 16, 2015

        JOHN C. CRUDEN
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        PATRICK R. JACOBI
        RICHARD GLADSTEIN
        LAURA J. BROWN
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        601 D Street, N.W., Suite 8000
        Washington, D.C. 20004
        (202) 514-2398 (Jacobi)
        (202) 514-1711 (Gladstein)
        (202) 514-3376 (Brown)
        patrick.r.jacobi@usdoj.gov
        richard.gladstein@usdoj.gov
        laura.j.s.brown@usdoj.gov

        WILLIAM J. IHLENFELD, II
        United States Attorney for the
        Northern District of West Virginia

        /s/ *Erin M. Carter*
        ERIN M. CARTER (WV Bar No. 12608)
        BETSY JIVIDEN
        Assistant United States Attorneys
        U.S. Courthouse & Federal Bldg.
        1125 Chapline Street Suite 3000
        Wheeling, W.V. 26003
        (304) 234-7764
        erin.carter@usdoj.gov
        betsy.jividen@usdoj.gov

OF COUNSEL:
Matthew C. Marks
United States Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460
(202) 564-3276
marks.matthew@epa.gov

## CERTIFICATE OF SERVICE

I, Erin M. Carter, hereby certify that on this 16th day of October, 2015, I electronically filed the foregoing EMERGENCY MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF EPA ADMINISTRATOR MCCARTHY with the Clerk of the Court using the CM/ECF system, which will cause a copy to be served upon counsel of record.

/s/ *Erin M. Carter*
ERIN M. CARTER (WV Bar No. 12608)
Assistant United States Attorneys
U.S. Courthouse & Federal Bldg.
1125 Chapline Street Suite 3000
Wheeling, W.V. 26003
(304) 234-7764
erin.carter@usdoj.gov