IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

MURRAY ENERGY CORPORATION, et al.,

        Plaintiffs,

v.                                                CIVIL ACTION NO. 5:14-CV-39
                                                  (BAILEY)

GINA MCCARTHY, Administrator,
United States Environmental Protection
Agency, in her official capacity,

        Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

On this day, the above-styled matter came before this Court for consideration of the parties' Joint Motion to Further Extend Certain Deadlines in Amended Scheduling Order [Doc. 152], which was filed on October 23, 2015. In the motion, the parties request an extension to the deadlines for completion of document production and fact discovery. [*Id.* at 3]. The parties also request an additional deadline to allow submission of supplemental expert reports. [*Id.*]. In support of the request, the parties state that, in spite of their substantial efforts to comply with the existing deadlines, the voluminous discovery requires additional time to allow for adequate collection, processing, review, and production of responsive documents. [*Id.*].

Upon careful consideration, this Court finds good cause to grant the parties' motion. As such, this Court hereby **GRANTS** the Joint Motion to Further Extend Certain Deadlines in Amended Scheduling Order **[Doc. 152]**. Accordingly, the Amended Scheduling Order **[Doc. 120]** shall be further **AMENDED** as follows:

Document Production Completion: December 31, 2015

Fact Discovery Completion: January 31, 2016

Supplemental Expert Reports: February 5, 2016

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 27, 2015.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE