IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

| | |
|---|---|
| MURRAY ENERGY CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action No. 5:14-CV-0039** |
| ) | **Judge Bailey** |
| GINA McCARTHY, Administrator, ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, acting in her ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**UNITED STATES' NEW MOTION FOR SUMMARY JUDGMENT**

Gina McCarthy, Administrator, United States Environmental Protection Agency, acting in her official capacity (hereinafter, "EPA") moves for entry of summary judgment on three alternative grounds that: (1) Section 321(a) of the Clean Air Act ("the Act"), 42 U.S.C § 7621(a), does not include a non-discretionary duty that is justiciable under the Act's citizen-suit provision, *id.* at § 7604(a); (2) Plaintiffs have failed to demonstrate Article III standing; and/or (3) because EPA has conducted "continuing evaluations of potential loss or shifts of employment which may result from the administration or enforcement of the provision of [the Act] and applicable implementation plans," as described in Section 321(a).

This motion is supported by the memorandum of law and exhibits, including the Updated Declaration of James B. DeMocker and attachments thereto, submitted herewith.  If this Court determines that subject matter jurisdiction exists, the United States submits that the documents attached to Mr. DeMocker's Declaration demonstrate that EPA has evaluated and is continuing to evaluate the potential loss or shifts of employment that may result from the administration and enforcement of the Act as described in Section 321(a).  Alternatively, if the Court finds that EPA

has not performed the evaluations, the United States requests that judgment be entered against it and that the Court order EPA to perform the duty and nothing more. In either case, this matter should be resolved by summary judgment based on the record before the Court.

DATED: May 2, 2016                          Respectfully Submitted,

                                                    JOHN C. CRUDEN
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*Patrick R. Jacobi*_____
PATRICK R. JACOBI
RICHARD GLADSTEIN
SONYA SHEA
LAURA J. BROWN
JUSTIN D. HEMINGER
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, D.C. 20004
(202) 514-2398 (Jacobi)
(202) 514-1711 (Gladstein)
(202) 514-2741 (Shea)
(202) 514-3376 (Brown)
(202) 514-2689 (Heminger)
patrick.r.jacobi@usdoj.gov
richard.gladstein@usdoj.gov
sonya.shea@usdoj.gov
laura.j.s.brown@usdoj.gov
justin.heminger@usdoj.gov

WILLIAM J. WIHLENFELD, II
United States Attorney for the
Northern District of West Virginia

*Erin Carter Tison*____
ERIN CARTER TISON (WV Bar No. 12608)
Assistant United States Attorney
U.S. Courthouse & Federal Bldg.
1125 Chapline Street Suite 3000
Wheeling, W.V. 26003
(304) 234-0100

2

erin.tison@usdoj.gov

OF COUNSEL:
Matthew C. Marks
United States Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460
(202) 564-3276
marks.matthew@epa.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

| | |
|---|---|
| MURRAY ENERGY CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Civil Action No. 5:14-CV-0039** |
| ) | **Judge Bailey** |
| GINA McCARTHY, Administrator, ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, acting in her ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

CERTIFICATE OF SERVICE

I, Erin Carter Tison, hereby certify that on the 2nd day of May, 2016, the foregoing United States' New Motion for Summary Judgment was served using the CM/ECF system, which will cause a copy to be served upon counsel of record.

/s/ *Erin Carter Tison*
ERIN CARTER TISON (WV Bar No. 12608)
Assistant United States Attorney
U.S. Courthouse & Federal Bldg.
1125 Chapline Street Suite 3000
Wheeling, W.V. 26003
(304) 234-7764
erin.tison@usdoj.gov

4