[Page fully redacted]



[Page fully redacted]

Ryan Murray April 7, 2016

Page 242

[redacted]

www.CapitalReportingCompany.com
(866) 448-DEPO



right?

A. No, it does not.

Q. Okay. And then just to rope in another topic here. You've got Topic 19, which again is -- give you the short version, sort of the analysis used prior to making a layoff decision.

So with regard to, you know, these layoff topics, I want to cut to the chase here. I mean, is there a formula that -- by which Murray Energy Corporation, you know, makes a decision to lay people off? Is it a financial -- you know, is it a million dollars in permanent loss, or how does it work?

A. So we have an integrated financial planning model. It's a financial model spreadsheet based -- it's very complex. We forecast the projections of our mines. That will give us the number of tons that we'll produce and so on. We forecast what we believe our sales forecast to be, either by contract or what we think we can or cannot sell by contract. It will be referred to as spot sales or shorter terms sales, and then we input a bunch of assumptions, much of it based on

history.

So supply cost would go back last 12 months. Things that are pretty routine would be entered into this financial planning model, and then when we look at the output of the mines, meaning the productivity, that requires a certain headcount to operate those temps.

In other words, they can't mine -- say it's 6,000,000 tons with half as many guys it takes the number of guys that it takes to run those pieces of equipment in this area of the mine.

And then we run all that together, and we see how it comes out. And we run those iterations very frequently. And as the market goes south, we run them even more frequently.

Q. That sounds pretty complicated. Has any of this information been provided to the government in any form?

A. It will be represented -- the Board book would have a summary of those financial planning model, so that would be an aggregate view of what some of those models would result -- I should say the result of those financial

planning models would be in that book. Sorry. I'm a little tired.

And we have our annual budgets that would also be the results of those financial planning models, and those could change from time to time. We put together our best forecast for the next ten years, each year. That's what we refer to as an annual budget, and then we update that through that year.

Q. I might not have been clear.

Has any of the information that you've described in the integrated financial planning model been provided to the U.S. government?

A. If -- okay. If it was through discovery that you have a copy of a Board book or something like that, then you would have the outputs of that model.

Q. It's my fault; I'm still not being clear.

Outside of the bounds of this litigation, has any of the information in the information in the integrated financial planning model been provided to the U.S. government?

A. I don't believe so.
Q. Okay. So --
A. I mean, we gave them our models.
Q. Sure.
A. Yeah. I don't think so.
Q. Okay. So --
A. That's not something you would -- spread around publicly, you know.
Q. Understandable. Has any of that information been provided to EPA?
A. You know, I don't -- in the comments to EPA on basic regulations, there may be references to some of the assumptions in those models. I'm not certain about that. Several thousand pages of comments on various aspects of proposed rule-making legislation, so there might be a reference to that; but other than that, I don't know of any.
Q. Okay. And it's your position that with regard to this litigation -- for example, I think you mentioned the Board book would have an aggregate summary of what's in the integrated --
A. It would have an update at the time, so, for instance, this was November of

can't speak to Mr. Cline's personal finances.

Q. What would be the effect on Murray Energy Corporation if Foresight went bankrupt, financially speaking?

A. It could potentially drag Murray Energy into bankruptcy.

Q. Has Murray Energy already indicated that the debt undertaken to purchase stake in Foresight is a permanent loss in its annual reports?

A. I don't know how to respond to the question, "permanent loss."

Q. Are you familiar with the 2015 Murray Energy Corporation annual report, sir?

A. Yes.

Q. Mr. Murray, I'm going to hand you what -- I'm going to hand you what we're going to mark as Murray Energy Corporation 35.

A. Okay.

Q. Which is the Murray Energy annual report for 2015. Murray Energy Corporation. I'm handing a copy to the court reporter to be marked. I'm handing a copy to your counsel. We're not going to go through the whole thing. I just want to ask two or three really specific

Q. Uh-huh.
A. I can't remember what they -- what the structure was or if there was any additions.
Q. Is it your position that a -- the $1,000,000,000 listed as a hundred -- more than $1,000,000,000 listed as other than temporary losses on this document will not have any effect on Murray's ability to maintain its employees?
A. Certainly. If it is an actual loss of 1.1.4 billion or 1.23 billion, that would have an effect on the business if it is a permanent loss.
We've talked about the impairment loss and then the equity losses from affiliates, so it -- if the question is pertaining to the numbers we're citing here, I don't know that we're talking the same terminology; but if you're asking me if the company lost $1.3 billion or $1.4 billion, would that have an effect on the business, the answer is absolutely.
Q. Okay. Let's rephrase it.
If Murray Energy is unable to

recoup the 1. -- well, the money it borrowed to pay to purchase an interest in Foresight, what will the effect on Murray Energy Corporation business be?

MR. LAZZARETTI: Objection; vague.

A. Well, if we're in default of our business, then we would have a bankrupt situation, most likely.

Q. Would you potentially have to close all your mines, then?

A. It could potentially happen. It could have to be a restructuring of our debt and a restructuring of our business.

Q. Would you potentially have to lay off all your employees?

A. You know, there's a possibility that layoffs would take place, yes. To say all of them, I can't speak to all, but the restructuring of the business would result in -- likely result in displacing of employees.

Q. Did President Obama force Murray Energy Corporation to enter into the transaction with Foresight?

A. No.

Q. Did EPA force Murray Energy

extent it calls for disclosure of attorney-client communications and attorney work product, I'm instructing the witness not to answer. To the extent you can respond without disclosing attorney work product or attorney-client communications, you may do so.

A. Documents provided to me by counsel that were collected by, I believe, the EPA.

Q. Okay. Is it Murray Energy Corporation's position that the administrator has failed to comply with Section 321 (a)?

A. Yes.

Q. And we've talked a little bit about it before today. You're aware of the regulatory impact analysis conducted by EPA, at least for the Clean Power Plan; is that correct?

A. Yes. Vaguely, yes.

Q. Okay.

A. I've looked at it and it's been some time.

Q. If the Court were to order EPA to undertake the evaluations described in Section 321 as plaintiffs have requested here, would that have any effect on Murray Energy's

finances?

A. Yes.

Q. What would the effect be?

A. It would have an effect on our markets. It would have an effect on our lenders, when the government is putting out statements on -- requests on jobs in certain communities or in industries in general, that would affect our lending, our ability to sell coal, our ability for our customers to burn coal, the ability for us to forecast our business, and also it doesn't provide communication to our employees of what their own government's regulations mean for their futures and families.

Q. And it's your -- it's Murray Energy Corporation's position that the regulatory impact analyses did not provide that information already?

A. That's correct.

Q. Okay. And the information that you want to see -- and I'm not trying to mischaracterize your testimony, so correct me if I'm wrong. You wanted to be able to look at the RA for the Clean Power Plan and tell a coal

miner in West Virginia whether he or she would lose their job?

MR. LAZZARETTI: Objection. You may answer.

A. Yeah, to the extent that it's possible, yes.

Q. Okay.

A. To look at the ramifications of the proposed regulations on the coal regional's business on regions in the United States and specific businesses in those regions.

Q. And the decision of whether a layoff would occur at, for example, the Coal mines in West Virginia where Murray Energy Corporation is based in part on the integrated financial planning analysis, right?

A. It's based on market conditions and how our finances relate to what the market could compare.

Q. And none of the information in the integrated financial planning analysis conducted by Murray Energy Corporation for its mines in West Virginia has been provided to EPA; is that correct?

A. That's correct. I don't think

anything has been provided to EPA.

Q. How are you expecting to know whether Murray Energy Corporation would decide to lay off coal miners based on its regulations without that information?

A. Well, they have to have an idea, according to the Clean Air Act, to take -- they would have to look at a jobs analysis and determine what type of impact would happen to the coal industry as a whole, and you could estimate that based on what's required in the Clean Power Plan, those regulations would eliminate coal-fired power plants to a certain degree, and you could make estimations -- almost very detailed estimations on the impacts to coal suppliers and corrective utilities.

Q. Does the Clean Power Plan regulatory impact analysis indicate that there will be a reduction in the number of power plants operating in the United States?

A. I can't recall what it says.

Q. Are you an economist, sir?

A. I'm not an economist.

Q. Okay. Have you ever done an economic analysis of job losses related to a

And I don't know what to tell them.

They -- the Clean Air Act says it needs to be done. It's not done. We filed suit. The court say that it needs to be done. I use that information in communication with my employees. This is what the federal government is doing. This is what this elected official is proposing. Here's what it means to your community.

Q. Do you use the information in any other way?

A. Here's what it means to our business and to our markets.

Q. Anything else?

A. Well, I think it's the reason the government is going to do. If they're going to destroy an entire industry. That's not how I would view it, but it seems like common sense.

Q. Again, it's your position that you're aware of the regulatory impact analysis conducted for the Clean Power Plan, but it's not sufficient; is that correct?

A. That's correct.

Q. I think we can go off the record to see if we're done. Does that make sense?